1  SHEPPARD, MULLIN, RICHTER HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
3  hgrunvald@sheppardmullin.com
   12275 El Camino Real, Suite 200
4  San Diego, CA 92130-2006
   Telephone: 858.720.8900
5  Facsimile: 858.509.3691

6
   Attorneys for Defendant
7  HOT TOPIC, INC. dba
   BOX LUNCH 4549
8

9

10               UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  GABRIELA CABRERA, | Case No. |
| 14         Plaintiff, | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| 15     v. | |
| 16  HOT TOPIC, INC. DBA BOX LUNCH 4549 AND DOES 1-20, | Los Angeles County Superior Court Case No.:  20VECV00967 |
| 17         Defendants. | |
| 18  | Action Filed:  August 31, 2020<br>Trial Date:     None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendant Hot Topic Inc., dba Box Lunch 4549 (Defendant") hereby removes to this Court the state court action described below:

### I. FILING AND SERVICE OF THE COMPLAINT.

1. On August 31, 2020, plaintiff Gabriela Cabrera ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Los Angeles, Case Number 20VECV00967, by filing a Complaint entitled *"Gabriela Cabrera v. Hot Topic, Inc. dba Box Lunch 4549 and Does 1-20"*

2. Plaintiff served the Complaint on Defendant's agent for service of process on September 24, 2020. True and correct copies of the Summons and Complaint and all other documents are attached hereto as Exhibit "A". Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant has been served or named. *See Salveson vs. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) (defendant need not join in or consent to the notice of removal if the nonjoining defendant has not been served with process in the state action at the time the notice of removal is filed.).

### II. THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action arising from and alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq*. (Complaint ¶¶ 17, 18, 20, and 21).

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of Los Angeles, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of Los Angeles be removed to this Court.

Dated:  October 26, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Hayley S. Grunvald*
HAYLEY S. GRUNVALD

Attorneys for Defendant,
HOT TOPIC dba
BOX LUNCH 4549